■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO PEREZ, Appellant. [992 NYS2d 885]—Judgment of resentence, Supreme Court, New York County (Lewis Bart Stone, J.), rendered on or about May 5, 2012, resentencing defendant to an aggregate term of 25 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]).

We perceive no basis for reducing the term of postrelease

supervision. Concur—Mazzarelli, J.P., Andrias, Moskowitz, Manzanet-Daniels and Clark, JJ.